# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHANON DAWN BENTLEY,

    Plaintiff,

v.

COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

Case No. 17-13662
Hon. Terrence G. Berg

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Stephanie Dawkins Davis' Report and Recommendation of February 22, 2019 (ECF No. 17) recommending that Defendant's Motion for Summary Judgment (ECF No. 15) be granted and Plaintiff's Motion for Summary Judgment (ECF No. 13) be denied.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record.

1

*See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of February 22, 2019 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Davis's Report and Recommendation of February 22, 2019 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**, Defendants' Motion for Summary Judgment is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: March 13, 2019     s/Terrence G. Berg
                          TERRENCE G. BERG
                          UNITED STATES DISTRICT JUDGE

**Certificate of Service**
I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on March 13, 2019.
                          s/A. Chubb
                          Case Manager